# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 1659 | **DATE** | 1/10/2005 |
| **CASE TITLE** | James Leo Edwards vs. Kenneth Briley | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   For the reasons stated in the attached memorandum opinion, petitioner's request for a certificate of appealability is denied. Enter Memorandum Opinion.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | JAN 1 1 2005 | date docketed | 30 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | | date mailed notice | |
| MW | courtroom deputy's initials | | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED

JAN 1 1 2005

UNITED STATES OF AMERICA, ex. rel. )
JAMES LEO EDWARDS )
)
              Petitioner, )
)
)      **Consolidated Case Nos.**
)      **02 C 1659 and 02 C 1660**
)
KENNETH R. BRILEY, )
)
)
          Respondent. )

## MEMORANDUM OPINION

SAMUEL DER-YEGHIAYAN, District Judge

This matter is before the court on Petitioner James Edwards' ("Edwards")

request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c). For the

reasons stated below, Edwards' request for a certificate of appealability is denied.

## BACKGROUND

Edwards initially filed two separate petitions for writ of *habeas corpus* in the

United States District Court for the Northern District of Illinois. *U.S. ex. rel.*

1

*Edwards v. Briley,* (N.D. Ill. 2002)(No. 02 C 1659); *U.S. ex rel. Edwards v. Briley,* (N.D. Ill. 2002)(No. 02 C 1660). On March 30, 2004, in a memorandum opinion, we denied Edwards' petitions for writ of *habeas corpus. U.S. ex rel. Edwards v. Briley,* 2004 WL 723837 (N.D. Ill. 2004). On November 3, 2004, in a memorandum opinion, we denied Edwards' motion for reconsideration of our March 30, 2004 memorandum opinion. *U.S. ex rel. Edwards v. Briley,* 2004 WL 2496225 (N.D. Ill. 2004). Edwards now seeks a certificate of appealability.

## LEGAL STANDARD

In order to appeal the denial of a petition for writ of *habeas corpus,* a petitioner must obtain a certificate of appealability. 28 U.S.C. § 2253(c); *Montgomery v. Davis,* 362 F.3d 956, 957 (7th Cir. 2004). A court should only issue a certificate of appealability "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A petitioner must also show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDonnell,* 529 U.S. 473, 484 (2000)(quoting *Barefoot v. Estelle,* 463 U.S. 880, 893 (1983)).

2

## DISCUSSION

In Edwards' request for a certificate of appealability, Edwards argues that he is entitled to a certificate of appealability for "constitutional claims", but has failed to identify or argue any specific claim or issue previously raised in his petitions for writ of *habeas corpus*. (Request p. 1). On March 30, 2004, in a memorandum opinion, we denied Edwards' petitions for writ of *habeas corpus* and extensively addressed all of his claims. Edwards, in his request for a certificate of appealability, has failed to make a substantial showing that he has been denied a constitutional right and has also failed to show that reasonable jurists could agree or debate that any of the claims contained in his petitions for writ of *habeas corpus* should be granted. Edwards has also failed to present any meritorious arguments that would indicate that any of the issues presented in his petitions for writ of *habeas corpus* deserve "encouragement to proceed further." *Slack*, 529 U.S. at 484. Therefore, we deny Edwards' request for a certificate of appealability.

## CONCLUSION

Based on the foregoing analysis, we deny Edwards' request for a certificate of appealability.

Samuel Der-Yeghiayan
United States District Court Judge

Dated: January 10, 2005

3